UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNE BINICK,

            Plaintiff,

  v.

HAL NEDERLAND NV, et al.,

           Defendants.

C21-222 TSZ

ORDER

Counsel having advised the Court in their Notice of Settlement, docket no. 17, that this matter has been resolved, and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.

In the event settlement is not perfected, either party may move to reopen and trial will be scheduled, provided such motion is filed within **60** days of the date of this Order.

The Clerk is directed to send a copy of this Order to all counsel of record.

Dated this 19th day of January, 2022.

                                              Thomas S. Zilly
                                              United States District Judge

ORDER - 1